UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES HENRY FLOURNOY, P00154293,<br><br>Plaintiff,<br><br>v.<br><br>MARIN COUNTY, et al.,<br><br>Defendant(s). | Case No. 23-cv-00124-CRB  (PR)<br><br>**ORDER OF DISMISSAL** |

On March 31, 2023, the court dismissed plaintiff's pro se prisoner complaint under 42 U.S.C. § 1983 with leave to amend to set forth specific facts sufficient to state viable claims of deliberate indifference to serious medical needs and retaliation against named Marin County Jail (MCJ) officials in connection with the suspension of his prescriptions of Suboxone and Wellbutrin after he arrived at MCJ a second time in late December 2022, if possible.[1]  The court warned plaintiff that "[f]ailure to file a proper amended complaint within [28 days] will result in the dismissal of this action." ECF No. 5 at 5.

More than 40 days have passed but plaintiff has neither filed a FAC nor sought an extension of time to do so.  This action accordingly is DISMISSED without prejudice.

The clerk is directed to close the case and terminate all pending motions as moot.

**IT IS SO ORDERED**.

Dated: May 11, 2023

_____
CHARLES R. BREYER
United States District Judge

---

[1] The court dismissed plaintiff's unrelated claims against different defendants without prejudice to bringing in separate actions.